3

ORIGINAL 

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**05-80289**

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 CHRISTOPHER HENRY,

        Defendant.
_____/

CRIMINAL NO.   AVERN COHN

HON.   MAGISTRATE JUDGE SCHEER

STATUTE:  29 U.S.C. §439 –
False Entry in Books and Records

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

29 U.S.C. § 439 – False Entry in Books and Records

D-1  CHRISTOPHER HENRY

That beginning in or about December 2000 and continuing to October 2001, in the Eastern District of Michigan, Southern Division, defendant **CHRISTOPHER HENRY**, did willfully make and cause to be made false entries in a record required to be maintained by Section 436 of Title 29, United States Code, that is, union disbursement ledger records, a record on matters required to be

eported in the annual financial report of the Steelworkers Local 9264, and required to be filed with the Secretary of Labor; all in violation of 29 United States Code, Section 439(c).

        STEPHEN J. MURPHY
        United States Attorney

        SHELDON N. LIGHT
        Chief, General Crimes Unit

        NOCEEBA SOUTHERN GORDON (P55229)
        Assistant United States Attorney

Dated:

# Criminal Case Cover Sheet

**Case Number:** 05-80289

**United States District Court**
**Eastern District of Michigan**

AVERN COHN
MAGISTRATE JUDGE SCHEER

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| [ ] Yes    [x] No | AUSA's Initials: NSG |

**Case Title:** USA v. CHRISTOPHER HENRY

**County where offense occurred:** WAYNE

**Check One:** [x] Felony     [ ] Misdemeanor     [ ] Petty

[ ]    Indictment __X__ /Information __X__ no prior complaint.
[ ]    Indictment ____ /Information ____ based upon prior complaint [Case number: _____]
[ ]    Indictment ____ /Information ____ based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____    **Judge:** _____

[ ]    Original case was terminated; no additional charges or defendants.
[ ]    Corrects errors; no additional charges or defendants.
[ ]    Involves, for plea purposes, different charges or adds counts.
[ ]    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

__3/22/04__
Date

_Noceeba_  NOCEEBA SOUTHERN GORDON
Assistant United States Attorney

313-226-9676
Phone Number

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99